## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

DAVID BERNHARD WITTE,                                    Civil 04-4152 (JRT/FLN)

    Plaintiff,

v.                                                                    O R D E R

STATE OF MINNESOTA, ET AL.,

    Defendants.

_____

David Bernhard Witte, Post Office Box 582552, Minneapolis, Minnesota 55458, *pro se* plaintiff.

John S. Garry, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, 445 Minnesota Street, St. Paul, Minnesota 55101, for defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated July 19, 2005, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant's motion to dismiss the amended complaint [Docket No. 44] is GRANTED;

2. Plaintiff's motion to appoint counsel and to certify class [Docket No. 4] is DENIED as moot; and

3.  Plaintiff's motion for consolidation and transfer to the MDL [Docket No. 5] is DENIED as moot.


DATED: August 8, 2005                                    s/John R. Tunheim
at Minneapolis, Minnesota                              JOHN R. TUNHEIM
                                                          United States District Judge